UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>SCOTT J. WOLAS, )<br>            Defendant. )<br>)<br>)<br>CECILY STURGE, )<br>            Petitioner. )<br>) | Criminal No. 17-10198-FDS |

**AFFIDAVIT OF ASSISTANT U.S. ATTORNEY CAROL E. HEAD**

I, Carol E. Head, do hereby depose and state:

1. I am an Assistant United States Attorney, and submit this affidavit in support of the United States' Motion for Summary Judgment in this ancillary forfeiture proceeding.

2. Attached hereto at Exhibit 1 to this affidavit is a true and correct transcript of the deposition Scott J. Wolas, taken on February 15, 2019.

3. Attached hereto at Exhibit 2 to this affidavit is a true and correct transcript of the deposition Cecily Sturge, taken on September 11, 2019.

4. Attached hereto at Exhibit 3 to this affidavit is a true and correct transcript of the deposition Katherine B. Weisiger, Corporate Designee of the Hunton Andrews Kurth LLP Retirement Savings Plan A, taken on September 19, 2019.

5. Attached hereto at Exhibit 4 is a true and correct copy of the Financial Statement of Scott J. Wolas, signed on February 15, 2019, marked as Wolas Deposition Exhibit 9 (redacted to remove personal identifying information).

1

6. Attached hereto at <u>Exhibit 5</u> is a true and correct copy of excerpts of the Hunton Andrews Kurth LLP Retirement Savings Plan Summary Plan Description for Partners, marked as Weisiger Deposition Exhibit 5, bearing bates numbers, HAK_0160, HAK_0170, and HAK_0202.

7. Attached hereto at <u>Exhibit 6</u> is a true and correct copy of a document produced in this matter bearing bates numbers HW_068-75, a statement for the retirement account of Scott J.M. Wolas as of April 15, 2017, marked as Weisiger Deposition Exhibit 3.

8. Attached hereto at <u>Exhibit 7</u> is a certified copy of the Final Judgment of Dissolution of Marriage, dated November 13, 2001, in *In re the Marriage of Cecily Sturge and Scott Wolas*, Case No. 2001-DR-7831 FZ in the Circuit Court of Palm Beach County and marked as Sturge Deposition Exhibit 7.

9. Attached hereto at <u>Exhibit 8</u> is a certified copy of the Verified Petition for Dissolution of Marriage and Other Relief, dated August 23, 2001, filed in *In re the Marriage of Cecily Sturge and Scott Wolas*, Case No. 2001-DR-7831 FZ in the Circuit Court of Palm Beach County and marked as Sturge Deposition Exhibit 5.

10. Attached hereto at <u>Exhibit 9</u> is a certified copy of the Financial Affidavit signed by Cecily Sturge, dated August 23, 2001, filed in *In re the Marriage of Cecily Sturge and Scott Wolas*, Case No. 2001-DR-7831 FZ in the Circuit Court of Palm Beach County and marked as Sturge Deposition Exhibit 6.

11. Attached hereto at <u>Exhibit 10</u> is a true and correct copy of a document produced in this matter bearing bates number HAK_0234, an email from Katherine Weisiger to Mark Dray, dated March 5, 2000, and marked as Weisiger Deposition Exhibit 6.

12. Attached hereto at Exhibit 11 is a true and correct copy of a document produced in this matter bearing bates number HAK_0235-238, a letter from Weisiger to Sturge, dated March 31, 2000, with attachments, and marked as Weisiger Deposition Exhibit 7.

13. Attached hereto at Exhibit 12 is a true and correct copy of a document produced in this matter bearing bates numbers HAK_0239-240, an email from Julie Harrison to Marc Purintun, dated March 28, 2014, and marked as Weisiger Deposition Exhibit 8.

14. Attached hereto at Exhibit 13 is a true and correct copy of a document produced in this matter bearing bates numbers HAK_0006-08, an email from Stephanie Velasquez to Julie Harrison, dated February 19, 2014, and marked as Sturge Deposition Exhibit 9.

15. Attached hereto at Exhibit 14 is a true and correct copy of a document produced in this matter bearing bates numbers HAK_0009-014, an email from Jacob C. Kerkhoff to Stephanie Velasquez, dated April 11, 2014, and marked as Sturge Deposition Exhibit 10 (redacted to remove personal identifying information).

16. Attached hereto at Exhibit 15 is a true and correct copy of a document produced in this matter bearing bates numbers HAK_0015-021, an email from Weisiger to Sturge, dated June 29, 2016 (attachment omitted), and marked as Sturge Deposition Exhibit 12.

17. Attached hereto at Exhibit 16 is a true and correct copy of a document produced in this matter bearing bates numbers HAK_0022, an email from Sturge to Weisiger, dated September 8, 2016, and marked as Sturge Deposition Exhibit 13.

18. Attached hereto at Exhibit 17 is a true and correct copy of a document produced in this matter bearing bates numbers HAK_0023-025, an email from Weisiger to Sturge, dated September 8, 2016, and marked as Sturge Deposition Exhibit 14.

19. Attached hereto at Exhibit 18 is a true and correct copy of a document produced in this matter bearing bates numbers HAK_0027, an email from Weisiger to Sturge, dated December 29, 2016, and marked as Sturge Deposition Exhibit 16 (first page only).

20. Attached hereto at Exhibit 19 is a true and correct copy of a document produced in this matter bearing bates number HAK_0102, an email received by Weisiger from Sturge's email address, dated January 8, 2017, and marked as Sturge Deposition Exhibit 17.

21. Attached hereto at Exhibit 20 is a true and correct copy of a document produced in this matter bearing bates number HAK_0104-114, an email from Weisiger to Sturge's email address, dated January 10, 2017, and marked as Sturge Deposition Exhibit 18.

22. Attached hereto at Exhibit 21 is a true and correct copy of a document produced in this matter bearing bates number HAK_0115-116, an email received by Weisiger from Sturge's email address, dated January 16, 2017, and marked as Sturge Deposition Exhibit 19.

23. Attached hereto at Exhibit 22 is a certified copy of a filing dated February 8, 2017 in *In re the Marriage of Cecily Sturge and Scott Wolas*, Case No. 2001-DR-7831 FZ in the Circuit Court of Palm Beach County, bearing bates numbers USAO-SJW-0002748-771, and marked as Wolas Deposition Exhibit 4. The documents included in this filing are:

   a. Notice of Petition to Modify Final Judgment of Dissolution of Marriage to Incorporate a Qualified Domestic Relations Order as a Term of the Final Judgment of Dissolution;

   b. Petition to Modify Final Judgment of Dissolution of Marriage to Include Qualified Domestic Relations Order as a Term of the Judgment;

   c. Affidavit in Support of Motion to Modify Final Judgment of Dissolution of Marriage to Incorporate a Qualified Domestic Relations Order as a Term of the Final Judgment of Dissolution (with exhibits); and

   d. Preliminary Proposed QDRO.

24. Attached hereto at Exhibit 23 is a certified copy of the Supplemental Affidavit of Cecily Sturge (with exhibits), dated March 30, 2017, filed in *In re the Marriage of Cecily Sturge*

*and Scott Wolas*, Case No. 2001-DR-7831 FZ in the Circuit Court of Palm Beach County, bearing bates numbers USAO-SJW-00024778-801, and marked as Wolas Deposition Exhibit 6.

25. Attached hereto at Exhibit 24 is an excerpt from a transcript from Wolas's initial appearance on April 7, 2017 before a magistrate judge in the United States District Court for the Southern District of Florida.

26. Attached hereto at Exhibit 25 is a copy of a transcript of an April 8, 2017 recorded telephone call from the West Palm Beach detention facility between Wolas and Sturge.

27. Attached hereto at Exhibit 26 is a certified copy of a letter from a Tyler Wolas to Magistrate Alijewicz, dated April 20, 2017, in *In re the Marriage of Cecily Sturge and Scott Wolas*, Case No. 2001-DR-7831 FZ in the Circuit Court of Palm Beach County.

28. Attached hereto at Exhibit 27 is a true and correct copy of an Affidavit of Scott Wolas in Support of Petition to Modify Final Judgment of Dissolution of Marriage to Include Qualified Domestic Relations Order, dated April 14, 2017, filed in *In re the Marriage of Cecily Sturge and Scott Wolas*, Case No. 2001-DR-7831 FZ in the Circuit Court of Palm Beach County, bearing bates number USAO-SJW-00024802-04, and marked as Wolas Deposition Exhibit 7.

29. Attached hereto at Exhibit 28 is a certified copy of the Qualified Domestic Relations Order in *In re the Marriage of Cecily Sturge and Scott Wolas*, Case No. 2001-DR-7831 FZ in the Circuit Court of Palm Beach County.

Signed under the penalties of perjury this 8th day of November, 2019.

>  */s/ Carol E. Head*
> CAROL E. HEAD
> ASSISTANT UNITED STATES ATTORNEY

**CERTIFICATE OF SERIVCE**

    I hereby certify that the foregoing document, was filed through the Electronic Case Filing system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

|  |  |
|---|---|
|  | */s/ Carol E. Head* |
|  | CAROL E. HEAD |
| Dated: November 8, 2019 | Assistant United States Attorney |