# Exhibit 1

WOLAS - 2/15/2019

IN THE UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF MASSACHUSETTS

```
UNITED STATES OF AMERICA,          )
                    Plaintiff,     )
                                   )
vs.                                )  CRIMINAL ACTION NO.
                                   )  17-10198-FDS
SCOTT J. WOLAS,                    )
                    Defendant.     )
```

          THE ORAL DEPOSITION OF SCOTT J. WOLAS,
held pursuant to Notice, and the applicable provisions of

the Federal Rules of Civil Procedure, before

Jeffrey Mocanu, a Court Reporter and Notary Public, within

and for the Commonwealth of Massachusetts, at the offices of

the United States Attorney, 1 Courthouse Way, Suite 9200,

Boston, Massachusetts, on Friday, February 15, 2019, at

scheduled for 10:09 a.m.

```
 1    APPEARANCES:

 2    On behalf of the United States:

 3         CAROL E. HEAD, ESQ.
           Assistant U.S. Attorney
 4         Office of the United States Attorney
           1 Courthouse Way
 5         Boston, MA  02210
           (617) 748-3100
 6
      For the Defendant:
 7
           JANE F. PEACHY, ESQ.
 8         Office of the Federal Defender
           51 Sleeper Street
 9         Boston, MA  02210
           (617) 223-8061
10
      For Ms.Sturge:
11
           WILLIAM W. FICK, ESQ.
12         Fick & Marx, LLP
           24 Milk Street
13         Boston, MA  02210
           (857) 321-8360
14
      Also Present:
15
           Evelyn Georgiadis, USAO Data Analyst
16

17

18

19

20

21

22

23

24

25
```

WOLAS - 2/15/2019

Page 3

1                    I N D E X

2    WITNESS                                          PAGE

3    Scott J. Wolas

4        Examination by Ms.Head                        4

5    EXHIBIT    DESCRIPTION                            PAGE

6    No. 1      Notice of Deposition                    6

7    No. 2      Plea Agreement                          7

8    No. 3      Forfeiture Order                        8

9    No. 4      Divorce documents                      11

10   No. 5      Photo                                  16

11   No. 6      Supplemental AFF                       17

12   No. 7      AFF                                    21

13   No. 8      Transfers                              32

14   No. 9      Financial statement                    36

15   No. 10     Transfers                              46

16

17

18

19

20

21

22

23

24

25

WOLAS - 2/15/2019

Page 4

1                P R O C E E D I N G S

2                                            (10:09 a.m.)

3        S C O T T   J.   W O L A S, having been sworn by a Notary

4   Public to tell the truth, the whole truth and nothing

5   but the truth, testified upon his oath as follows:

6             EXAMINATION BY MS. HEAD:

7        Q    Good morning, Mr.Wolas.  I'm Carol Head; I'm an

8   Assistant U.S. Attorney here.

9        A    Good morning.

10       Q    Have you ever been deposed before?

11       A    No.

12            MR. FICK:  I'm assuming we're operating under the

13  usual civil deposition rules where all objections are

14  reserved except as to the form of the question.

15            And the other thing I would just say on behalf of

16  Ms.Sturge is that she did not object to proceeding with

17  this deposition because we understand the logistical

18  constraints and the Government's right -- separate right

19  under the Plea Agreement to do this deposition.  However,

20  since we have not yet received a response of pleading in the

21  forfeiture matter, and since we have not had the opportunity

22  to do any document discovery, we would reserve the right to

23  object to the use of this deposition in the forfeiture

24  proceeding and/or to seek additional testimony from

25  Mr.Wolas should that become necessary.  Thank you.

WOLAS - 2/15/2019

Page 5

1                MS. PEACHY:   I guess I should also make clear

2    while we're on the subject that Mr.Wolas is retaining any

3    Fifth Amendment rights that he might have as to the

4    uncharged conduct or charges pending in other states.

5                BY MS. HEAD:

6        Q    So, you've never been deposed before.

7        A    No.

8        Q    Have you been to a deposition?

9        A    Yes, I have.

10       Q    So, you understand you have to give oral

11   responses.

12       A    Yes.

13       Q    And for the record to be clear we don't talk over

14   each other.  I will wait for you to finish an answer and you

15   will wait for me to finish a question before responding.

16       A    Absolutely.

17       Q    Is there any reason why you can't testify

18   truthfully today?

19       A    No.

20       Q    And do you understand you're here pursuant to a

21   deposition subpoena?

22       A    I do.

23                         (Wolas Deposition Exhibit No. 1

24                          marked.)

25                BY MS. HEAD:

WOLAS - 2/15/2019

Page 6

1      Q    I'm showing you what I've marked as Exhibit 1

2  which is a deposition subpoena.  Have you seen this before?

3      A    Yes, I have.

4      Q    And this was dated for a Monday but we had to

5  reschedule until today.

6      A    Understood.

7      Q    You understand that you're under oath and required

8  to testify truthfully here today?

9      A    I do.

10                      (Wolas Deposition Exhibit No. 2

11                      marked.)

12              MS. HEAD:  And I'm putting in front of the witness

13  Exhibit 2 which is the plea agreement.

14              BY MS. HEAD:

15      Q    Are you familiar with this document?

16      A    Yes, I am.

17      Q    What is it?

18      A    It is a written plea agreement in the matter of

19  UnitedStates v. Scott J. Wolas, and I signed this agreement

20  on June 12th, 2018, and it consists of 12 pages.

21      Q    And when you signed it did you understand the

22  agreement?

23      A    Yes, I did.

24      Q    I want to direct your attention to Page 9, and

25  there -- on the fourth full paragraph it states -- are you

WOLAS - 2/15/2019

Page 7

1   with me, "Defendant further"?

2       A    I am.

3       Q    "Defendant further agrees to be deposed with

4   respect to defendant's assets at the request of the U.S.

5   Attorney."  Did I read that correctly?

6       A    Yes, you did.

7       Q    So you understand that we're here today pursuant

8   to that provision in your plea agreement?

9       A    Yes.

10      Q    Do you also understand as part of the plea

11  agreement you agree to forfeit $1,787,813?

12      A    I do.

13      Q    And are you aware that since you signed this plea

14  agreement that the forfeiture amount has changed?

15      A    I do believe that I am aware of that.

16                         (Wolas Deposition Exhibit No. 3

17                         marked.)

18           BY MS. HEAD:

19      Q    And what is marked as Exhibit 3 is an Order of

20  Forfeiture.

21      A    Yes, it is.

22      Q    And if you turn your attention to Page 2, at the

23  last "whereas" on the page, "Further the defendant has

24  assented to the entry of an amended forfeiture money

25  judgment in the amount of $1,949,813 in UnitedStates

WOLAS - 2/15/2019

Page 8

1    currency on the grounds that such amount constitutes or is

2    derived from proceeds obtained from the offenses as a result

3    of his guilty plea."  Did I read that correctly?

4         A    Yes, you did.

5         Q    And do you understand that the forfeiture amount

6    is now in excess of 1.9 million?

7         A    I do.

8         Q    And turning back to the plea agreement, you

9    understand that pursuant to this order the UnitedStates has

10   the right to forfeit substitute assets up to the amount of

11   the money judgment?

12        A    I do.

13        Q    And in the plea agreement you consented to -- if

14   you turn back to Page 9 -- at the bottom of the page the

15   paragraph starting "without limiting" ---

16        A    M-hm.

17        Q    In the plea agreement you have consented to the

18   forfeiture of your interest in a specific asset, a

19   retirement account held by Hunton Andrews Kurtz LLB.

20        A    I do.

21        Q    And that is Hunton Williams, the law firm Hunton

22   Williams?

23        A    I think that's a successor firm.  I don't know

24   that for a fact but I ---

25        Q    And if you go to the very bottom of the page, you

WOLAS - 2/15/2019

Page 9

1    also understand that you agreed to assist fully in the

2    forfeiture of your interest in the foregoing asset?

3        A    Yes, I did.

4        Q    And I just want to turn to the next page right

5    before Paragraph Section 10 starts, the last sentence,

6    "Defendant further agrees," under that paragraph?

7        A    M-hm.

8        Q    You further agreed not to assist any third party

9    in asserting a claim to the forfeited assets in an ancillary

10   proceeding and to testify truthfully in any such proceeding

11   including by deposition.  Do you see that?

12       A    Yes, I do.

13       Q    And do you understand that this plea agreement has

14   some consequences for you?

15       A    I presume so.

16       Q    Yes.  Well, if you'd turn to the bottom of that

17   page ---

18       A    Yes.

19       Q    So, am I correct that you worked at the law firm

20   of Hunton Williams in New York?

21       A    That is correct.

22       Q    And while you were there you contributed to

23   retirement?

24       A    Yes.

25       Q    And at some point -- and your wife, then wife, was

WOLAS - 2/15/2019

Page 10

1    a beneficiary of that account?

2         A    She was the primary beneficiary as I recall.

3         Q    And at some point after you fled or after you left

4    New York State your former wife filed for divorce; is that

5    correct?

6         A    I believe that is correct.

7         Q    In 2001?

8         A    Yes.

9         Q    And in 2017 Cecily Sturge filed a Notice in

10   Petition to Modify Final Judgment in the Dissolution of

11   Marriage?

12        A    Yes.

13                       (Wolas Deposition Exhibit No. 4

14                       marked.)

15             MS. HEAD:  Take a moment to review this.

16             (The witness reviewed the document.)

17             BY MS. HEAD:

18        Q    Do you recognize what I've marked as Exhibit 4?

19        A    I believe so.

20        Q    Do you know what it is?

21        A    Well, it's another Notice in Petition to Modify

22   Final Judgment in the Dissolution of Marriage to Incorporate

23   a QDRO.

24        Q    And did you draft these pleadings?

25        A    I do believe I did, yes.

WOLAS - 2/15/2019

Page 11

```
 1       Q     Okay.

 2       A     Yes.

 3       Q     And I just want to -- there is a couple of

 4  documents together in that so there is -- the first one is

 5  entitled "The Notice."

 6       A     Yes.

 7       Q     First page.  And then if you turn to -- there's a

 8  Bates number on the bottom.

 9       A     Yes.

10       Q     See that?  Okay.  So if you turn two pages in to

11  the document ending in Bates number 750 ---

12       A     Yes.

13       Q     --- there's a Petition to Modify?

14       A     Yes.

15       Q     Did you draft the petition?

16       A     Yes, I did.

17       Q     And then if you go a little bit further in with a

18  Bates number marked 754 there is an affidavit?

19       A     Yes.

20       Q     Did you draw up the affidavit?

21       A     Yes, I did.

22       Q     And then if you go to 764 there is a QDRO or

23  Qualified Domestic Relations Order, did you prepare that?

24       A     Preliminary proposed QDRO, yes, I did.

25       Q     So did you file these documents in the court?
```

WOLAS - 2/15/2019

Page 12

1       A    I may have.

2       Q    Was Ms.Sturge with you when you filed them?

3       A    I don't recall.

4       Q    So I want to turn to the affidavit which is at

5    757.  So Paragraph 10 at the bottom.

6       A    Yes.

7       Q    And you drafted this document?

8       A    Yes, I did.

9       Q    So you write, "My former spouse has," turn the

10   page, "concealed himself so process cannot be properly

11   served upon him.  This concealment has continued from 2001

12   through and including the present."  Did I read that

13   correctly?

14      A    Yes, you did.

15      Q    So when you drafted that was that true?

16      A    As a technical matter I would say that it was

17   true.

18      Q    If you go further down in that paragraph it says,

19   "His whereabouts are unknown."  And you drafted that,

20   correct?

21      A    Yes, I did.

22      Q    And that isn't true.

23      A    At the time that I drafted this -- and you're

24   referring to his whereabouts right now?  At the time I

25   drafted it his whereabouts were unknown.  That was not true.

WOLAS - 2/15/2019

Page 13

```
 1      Q    So you were in contact with your wife at the time
 2  you drafted this?  Your ex-wife, I'm sorry.
 3      A    I had contacted her and she had asked me to assist
 4  in transferring the retirement account to her.
 5      Q    And you did that by preparing ---
 6      A    Yes, I did.
 7      Q    --- the pleadings.
 8      A    Yes.
 9      Q    And you were in regular phone contact with her.
10      A    When you say "regular" I'm not sure what you mean,
11  but I was in telephone contact with her.
12      Q    You exchanged telephone calls?
13      A    Yes, we did.
14      Q    Text messages.
15      A    I don't know about text but certainly telephone.
16      Q    You met in person?
17      A    Perhaps a couple of times.
18      Q    And what time -- so this was filed -- you can tell
19  by the date stamp from the court -- I believe the court put
20  that there.
21      A    Yes.
22      Q    February 8th?
23      A    Yes.
24      Q    So in February you were in telephone contact with
25  her.
```

WOLAS - 2/15/2019

Page 14

```
 1      A     Yes, I would have contacted her by telephone.

 2      Q     What about in January?

 3      A     Of what year?

 4      Q     2017.

 5      A     No, I don't think so.  Let me think.  Perhaps.

 6      Q     What about in December 2016?

 7      A     I think I did telephone her in December.

 8      Q     November 2016?

 9      A     I actually don't recall.  May have.

10      Q     Now, the affidavit -- if you turn to the -- I

11  don't know if you're still on the page that we were on --

12  758, and if you turn to 759.

13      A     Yes.

14      Q     You see it's notarized?

15      A     Yes.

16      Q     Do you know who notarized it?

17      A     I think it is a -- it says Annette Williams.

18      Q     Did you accompany Ms.Sturge when she had ---

19      A     I believe I did.

20      Q     Do you recall where the Notary notarization

21  happened?

22      A     I do not.

23      Q     Do you recall the date of the notarization?

24      A     Well, it says February -- doesn't it say February?

25      Q     Oh.
```

WOLAS - 2/15/2019

Page 15

1      A    What does it say.  February 3rd is what the

2  document says, so if in fact the Notary affixed her stamp

3  that would be the date.

4      Q    So it's February 1st.

5      A    February 3rd.

6                          (Wolas Deposition Exhibit No. 5

7                          marked.)

8            BY MS. HEAD:

9      Q    This is Exhibit 5.  This is a photograph bearing a

10  date stamp February 8, 2017.  Do you recognize yourself in

11  that photo?

12      A    To be honest I don't but I'm not going to contest

13  it.

14      Q    And do you recognize the other person?

15      A    It appears to be Cecily.

16      Q    The man in the photograph is carrying some papers.

17  Do you see that?

18      A    Looks like it's a folder, yes.

19      Q    Do you know if those are the same papers?

20      A    I do not.

21      Q    Do you recognize where that is?

22      A    I do not.

23      Q    Do you recall where you might have been with

24  Cecily on February 8, 2017?

25            MR. FICK:  Is this the 8th?

WOLAS - 2/15/2019

Page 16

```
 1      A    I do not.

 2           BY MS. HEAD:

 3      Q    Okay.  Is that possibly the -- I mean, I don't

 4 want you to speculate, but I believe the location is at the

 5 bank.

 6      A    You make that representation.  I have no reason to

 7 doubt it.

 8                          (Wolas Deposition Exhibit No. 6

 9                           marked.)

10           BY MS. HEAD:

11      Q    I've marked as Exhibit 6 a Supplemental Affidavit

12 of Cecily Sturge.  Do you recognize that document?

13      A    I do.

14      Q    And what is it?

15      A    Supplemental Affidavit.

16      Q    Of Cecily Sturge.

17      A    Yes.

18      Q    And it bears a date of March 30th, 2017, correct?

19 Well, at least the filing date.  I'm sorry.  The filing

20 date.

21      A    Well, it does say, "Sworn, subscribed before me

22 this 30th day of March" and does have a filing date of March

23 30th, 2017.

24      Q    Did you draft this?

25      A    Yes, I did.
```

WOLAS - 2/15/2019

Page 17

1      Q    I want to focus on -- here are the Bates numbers

2  again -- the Bates number ended 782, the top of the page.

3  Actually, no, turn back to the -- why don't you read the

4  whole Paragraph 13 to yourself.

5      A    Okay.

6      Q    So you again wrote that your whereabouts are

7  unknown.

8      A    Yes, I did.

9      Q    And that wasn't true.

10     A    That's -- my statement was not true.

11     Q    Were you in contact with Ms.Sturge in March of

12  2017?

13     A    I believe that I was.

14     Q    By text, by phone, in person?

15     A    I would say by phone and perhaps once in person.

16  I don't recall specifically.

17     Q    And you were arrested on April 7th, 2017?

18     A    Yes, I was.

19     Q    Did you have any other contact with Ms.Sturge, by

20  phone, perhaps in person, before you were arrested?

21     A    I know that I delivered the documents to her.  I

22  don't believe that she was aware of any of the contents.  I

23  drafted them, I said file them, this will transfer the asset

24  to you.  I was quite surprised it had not been transferred

25  to her in 2001.

Page 18

1    Q    In November of 2016 you began renting a room in
2    Delray Beach, Florida; is that correct?
3    A    Yes, that's correct.
4    Q    And you were using Ms.Sturge's Air B&B account?
5    A    I believe that I was.
6    Q    And Ms.Sturge paid for that room?
7    A    Actually she did not.  I think that she booked it,
8    or I booked it using her credit card, but I paid cash for
9    the room.  I don't think that there was actually a charge
10   placed on her account.
11   Q    But you don't know that for a fact.
12   A    I do not know that for a fact.
13   Q    What about other contact in 2016, how was that --
14   with Ms.Sturge?
15   A    Other than what I've just testified to I don't
16   know of any as I sit here right now.
17   Q    Do you have any contact through social media?
18   A    No.  None.
19   Q    Or WhatsApp applications?
20   A    No.  Neither one.
21   Q    So it would have been ---
22   A    Telephone.
23   Q    And in person?
24   A    As I say, there were a few occasions where I did
25   meet with her in person.

WOLAS - 2/15/2019

Page 19

```
1      Q    In 2016.

2      A    In 2016, no, I don't think.  Only 2017, yes, per

3   the date of these documents.  In 2016?  I may have met with

4   her once.

5      Q    Do you recall when?

6      A    No, I do not.  It would have been after I arrived

7   in Florida.

8      Q    And when did you arrive in Florida?

9      A    I think I arrived in Florida sometime in late

10  September.  I can't be sure.

11     Q    Did you have any contact with her, with Cecily

12  Sturge, in 2015?

13     A    No.  Not that I recall, no.

14     Q    When did you leave New York?

15     A    I left New York in 1997.

16     Q    Between the time you left New York and 2017 did

17  you have contact with Ms.Sturge?

18     A    I may have spoken to her once.

19     Q    What about your son?

20     A    I spoke to him sporadically.

21     Q    Any particular time frame?

22     A    No.  Did I speak to him ten times, no.  Could I

23  have spoken to him three times, perhaps.

24     Q    Any recollection of what year?

25     A    I think the last time -- I actually saw him once,
```

WOLAS - 2/15/2019

Page 20

1    I do believe, in 2013.  I do think that's correct.  From

2    2013 until I saw him in jail I did not see him.  In jail of

3    April 2017.

4         Q    Thank you for the clarification.  Did you speak

5    with him between 2013 and 2017?

6         A    No, I don't believe that I did.

7         Q    So when you said you had sporadic contact that

8    would have been before 2013?

9         A    Well, I know that I saw him, as I sit here, in

10   2013.  Is it possible I may have spoken to him between 2013

11   and 2017?  It's possible, but there were not -- there was

12   not a lot of contact.

13        Q    And just to clarify, I believe you have two sons?

14        A    Yes.

15        Q    And the son we're referring to is Tyler?

16        A    Yes.

17                       (Wolas Deposition Exhibit No. 7

18                        marked.)

19             BY MS. HEAD:

20        Q    Do you recognize this document?

21        A    Yes, I do.

22        Q    And you prepared this?

23        A    No, I did not prepare this.

24        Q    Who prepared it?

25        A    I believe my son Tyler prepared this.

WOLAS - 2/15/2019

Page 21

1     Q     And what is Exhibit 7?

2     A     It's an affidavit.  It's my affidavit, sworn to

3           April 14th, 2017.

4     Q     And in Paragraph 12 you relinquish all your rights

5     to the retirement plan.

6     A     Yes, I do.

7     Q     And you had been arrested at the time?

8     A     Yes.  I was incarcerated at the time of this

9     affidavit.

10    Q     And so you understood that by transferring your

11    retirement account to Ms.Sturge that meant that it wouldn't

12    be available to compensate any of your victims.

13          MR. FICK:  Objection.

14    A     I don't believe that that was in my mind when I

15    signed this, but I don't believe that this affidavit

16    transferred the account to her.  I don't object to a

17    transfer.  The account was transferred to her by operation

18    of law in 2001.  Operation of the Florida equitable

19    distribution laws.

20          BY MS. HEAD:

21    Q     But by signing this affidavit you were supporting

22    transfer of assets that you had to Ms.Sturge?

23    A     I'll say that I did not object to it.

24    Q     And those assets were not going to be available to

25    compensate your victims?

WOLAS - 2/15/2019

Page 22

1      A    Well, I don't think the assets were available to

2 compensate any victim as of this date, but the assets would

3 not be available to compensate any victim.

4      Q    Did you and Ms.Sturge ever discuss sharing the

5 proceeds of the retirement account?

6      A    No.  Fat chance.

7      Q    Was there any agreement to relinquish your rights

8 in the retirement account to compensate Ms.Sturge for

9 helping you out?

10     A    No.  She didn't really help me out.

11     Q    Was it your -- well, she -- you charged some Ubers

12 to her.

13     A    She was not aware of that, and to my shame I do

14 that without her permission.

15     Q    Who's idea was it to transfer your entire

16 retirement account proceeds to her?

17     A    Well, when I was in Florida she asked me to assist

18 her.  I would think that she intended by that request to

19 mean all of the assets because she thought she was entitled

20 to them.  So I would have to say that I think it was her

21 idea, but it was one that I thought that she was entitled

22 to.  I'd given up my interest in this money a long time ago,

23 in my mind.

24     Q    Because you couldn't access it.

25     A    No, not because I couldn't access it.  Because I

Page 23

1    thought that it had already been transferred to her in 2001.

2        Q    Did you ever inquire about whether it had been

3    transferred to her in 2001?

4        A    I had no contact with the plan administrator from

5    1995 to the date, to the time that we're sitting here right

6    now.

7        Q    I'm going to return to back in time when you lived

8    in New York.

9        A    Okay.

10       Q    I believe you had some bank accounts when you

11   lived in New York.

12       A    I'm sure that I did.

13       Q    Do you recall having a bank account at New York

14   National Bank?

15       A    I do not.

16       Q    So you don't know if there were any assets left in

17   this account?

18       A    I do not.

19       Q    Do you recall ever having a bank account at

20   Citibank?

21       A    I do recall that.

22       Q    Were there any assets remaining in that account?

23       A    No.

24       Q    Did you trans --

25       A    Excuse me.  Go back to the name of the first bank.

WOLAS - 2/15/2019

Page 24

1   Give it to me again.

2          Q      New York National Bank.

3          A      I may have.

4          Q      Do you know if you moved any money out of that

5   bank account ---

6          A      No.

7          Q      --- overseas perhaps?

8          A      No.

9          Q      What happened to the money?

10         A      It was dissipated.

11         Q      How?

12         A      Paying people I owed money to.  Personal expenses.

13   Primarily paying the people I owed money to.

14         Q      And Citibank, you remember that.

15         A      Yes.

16         Q      Did you move any assets from that account

17   overseas?

18         A      No.

19         Q      What happened to the money?

20         A      Same thing.

21         Q      Do you remember ---

22         A      Let me amend that answer.  When you say did I move

23   assets say from either account overseas, I had a business at

24   the time in St. Martins and it is conceivable that money may

25   have been transferred from either of those accounts to the

WOLAS - 2/15/2019

Page 25

1   corporate account in St. Martins, which would have been in

2   the name of Crystal Waters.

3        Q    And that was the name of the business?

4        A    Yes.

5        Q    Crystal Waters.

6        A    Yes.

7        Q    Can you spell that?

8        A    C-r-y-s-t-a-l, Waters, W-a-t-e-r-s.

9        Q    And what happened to that business?

10       A    I believe that it just dissolved or went bust.

11       Q    Do you have any idea if there's any assets left in

12   St. Martins?

13       A    I do not believe there are any.  None to my

14   knowledge.

15       Q    Have you made any inquiries?

16       A    No.

17       Q    And at what time -- what time period approximately

18   was this business operational in St. Martin's?

19       A    Probably from about 1990 to 1995 but don't hold me

20   to the dates.

21       Q    And what was the purpose of the business?

22       A    It was a liquor distribution business.  It had

23   exclusive licenses to distribute a number of major brands on

24   St. Martin's, Antiguilla, Curacao and one other.

25       Q    Did that company -- you were the sole owner of the

WOLAS - 2/15/2019

Page 26

1   company?

2        A    Yes, I was.

3        Q    Did it have any real estate?

4        A    No.

5        Q    And do you recall any accounts in its name?  You

6   said there were -- you transferred money into that account.

7   Do you recall where that account was located?

8        A    I believe it was at ABN Amoreau.  And it would

9   have been at ABN Amoreau on the other Dutch islands as well.

10  On Anguilla, I don't know if we had an account on Anguilla

11  or not.  Anguilla was British.

12       Q    I don't know Caribbean affiliations but there are

13  many different countries.  So, thank you for clarifying

14  that.  Do you recall having a bank account at Chemical Bank?

15       A    I may have.

16       Q    Any recollection of ---

17       A    No.

18       Q    Any -- besides St. Martin's, any other foreign

19  jurisdictions that you might have transferred assets to?

20       A    No.

21       Q    Any other bank accounts that you used that you can

22  remember in the '90s?

23       A    No.  There may have been a brokerage account.

24       Q    Where?

25       A    When you say "bank account" I'm taking a generic

WOLAS - 2/15/2019

Page 27

1    view on.  I think that I may have had a brokerage account --

2    I think it was at Merrill.

3         Q    Do you know what happened to that?

4         A    I think that when I left New York there were no

5    assets in the account.

6         Q    Any real estate?

7         A    I had real estate.

8         Q    And I'm talking about the New York period.

9         A    Yes.  I owned a home in Westchester County.

10        Q    What happened to that?

11        A    I believe that went into foreclosure.

12        Q    You mentioned the St. Martin's business, Crystal

13   Waters.  Any other business interests?

14        A    No.

15        Q    Any trusts?

16        A    No.

17        Q    Life insurance?

18        A    There was a family trust that was distributed and

19   I don't remember the years.  It was administered by the

20   World Bank of Canada and I assisted in the distribution of

21   the trust to members of my family.

22        Q    How much -- do you recall how much money you

23   received out of that?

24        A    I do not.

25        Q    And what happened to that?

WOLAS - 2/15/2019

Page 28

```
 1       A    The trust was wound up.  It owned real estate.  It

 2   came as a surprise, a letter out of the blue, and I had a

 3   relative named Harry Seddon who when he passed away had no

 4   siblings and his parents had left the estate to the issue of

 5   his mother's and brother's -- his mother's and brother's

 6   children per stirpes and as a result of that there was a

 7   distribution, this letter came from the World Bank of

 8   Canada.  And I participated, my Aunt Francis participated.

 9   My brother participated and I believe my cousins in

10   Vancouver participated.

11       Q    And what year was this, do you recall?

12       A    I would have to say it was in the '90s.  I'm

13   pretty sure it was in the '90s.

14       Q    And your share from that estate?

15       A    I received it.  It's gone.

16       Q    When you were married to Ms.Sturge did you share

17   a home with another woman?

18       A    I rented an apartment that I lived in with another

19   woman.

20       Q    So you didn't own it.

21       A    No.

22       Q    What name did you use for this woman?

23       A    I used my real name.

24       Q    Did you transfer any assets to her?

25       A    No.
```

Page 29

1   Q    What was her name?

2   A    ███████████.

3   Q    Now let's move to Massachusetts.  You used the

4   name ███████████████████?

5   A    Yes, I did.

6   Q    And what years was that generally between?

7   A    2008 to 2017.

8   Q    2008?

9   A    2007 to 2017.

10  Q    Any other times that you've used that name?

11  A    No.

12  Q    And you worked when you had that name?

13  A    Yes, I did.

14  Q    And you were under salary and commission bonus?

15  A    Commission, no salary.

16  Q    How much was the salary?

17  A    Well, it wasn't a salary.

18  Q    Oh.  I'm sorry.  Commission or salary, yes.

19  A    My total commission I know from the documents from

20  Century 21 was a little over 1.2 million over the total time

21  period that I was employed.  The bulk of that would have

22  occurred in the last three years.

23  Q    And you had a bank account at Santander?

24  A    Yes, I did.

25  Q    And that was in the name of Increasing Fortune?

```
 1      A    That is correct.

 2      Q    Did you have any bank accounts in ████    -- under

 3   the name ████████████?

 4      A    I did.  I had one at Brookline Bank.

 5      Q    Brookline Bank.  Oh, is it in here?

 6      A    Yes.  At the St. Mary's branch.

 7      Q    You made a number of purchases of collectibles.

 8      A    Yes.

 9      Q    And what were those collectibles that you

10   purchased?

11      A    I purchased soldiers, some coins and stamps.

12      Q    Wine?

13      A    On occasion, yes.

14      Q    Books?

15      A    Yes.

16      Q    And where are those items now?

17      A    The wine is in me.  And others.  The books I

18   donated to libraries.  I don't know where the soldiers are

19   or the coins are.

20      Q    And stamps, did you say?

21      A    I got some stamps.

22      Q    And what's the approximate dollar value of what

23   you purchased?

24      A    You know, I just -- I -- I don't recall the

25   values.
```

WOLAS - 2/15/2019

Page 31

1       Q    And where was your last known location?

2       A    I guess the last known location I saw was at

3    ███████████.

4       Q    And when was that?

5       A    That would have been in September of 2016.  I have

6    trouble with dates because in that time frame I was drinking

7    very heavily.

8            MS. HEAD:  I wouldn't mind taking a break and

9    having a look at this.  Maybe getting some copies made.

10           (Recess from 10:58 a.m. to 11:08 a.m.)

11           BY MS. HEAD:

12      Q    We were talking about the Santander Bank?

13      A    Yes.

14      Q    And you made a number of international wire

15   transfers out of that account.  Do you recall that?

16      A    Not specifically.

17                           (Wolas Deposition Exhibit No. 8

18                           marked.)

19           BY MS. HEAD:

20      Q    I'm going to represent to you that this is a

21   summary of transfers out of the Santander account and I'd

22   like to ask you a couple questions ---

23      A    Sure.

24      Q    --- about it.  On the first one it has under the

25   description ---

WOLAS - 2/15/2019

Page 32

```
 1        A     Yes.

 2        Q     --- I don't even know how to say that.    ███

 3     ██████████ , do you recognize that person or entity?

 4        A     No.  The only entity I recognize is the second

 5     one.

 6        Q     And what is that?

 7        A     I bought stamps.

 8        Q     And that ---

 9        A     That is a -- probably the most well known

10     international stamp company in the world.

11        Q     But you don't know ---

12        A     It's an auction house.

13        Q     You don't recognize the name?

14        A     I don't recognize these other names, and I've done

15     my best to recall what these wires might have been 'cause I

16     do not recognize the names that they went to.

17        Q     If you look at the date does that help at all?

18        A     Let me see.  Where was the first wire sent?  This

19     one to Abdel ---

20        Q     This is the information that I have.

21        A     Okay.  I do believe there was a wire that I sent

22     to Algeria because someone in Quincy, an Arab in Quincy whom

23     I knew and I can't recall his name, had a family in Algeria

24     that needed money for an operation and they gave me -- and

25     they could not wire to Algeria.  I don't know why.  And they
```

WOLAS - 2/15/2019

Page 33

1    gave me the money and I wired the money.  I do believe that

2    that -- if this is the one that relates to Algeria -- that

3    that was the reason for that wire.

4         Q    So, there's that one and then there's the stamp

5    business?

6         A    Yes.

7         Q    And then there is a cluster of ones in the summer

8    of 2016.

9         A    I do know that in the summer of 2016 I borrowed

10   money from an Arab in Quincy and I know at least on two

11   occasions, perhaps more, these wires go to Morocco 'cause he

12   was Moroccan, that I am repaying him wired money to people

13   that he designated me to wire the money to.

14        Q    And who is this person?

15        A    His first name was ████.  I believe his last name

16   was ████ but please don't hold me to that.  I'm not good

17   with their names.  And these aren't names that -- these are

18   all Romanizations of their names anyhow.

19        Q    Did you have any expectations of getting any of

20   this money back?

21        A    No.  It was not my money.  When I say it was not

22   my money, it was -- this was not my money.  The other money

23   was money that was loaned to me that I was repaying at the

24   direction of Kamal.

25        Q    You also made some transfers to the -- there's a

WOLAS - 2/15/2019

Page 34

1    real ███████████.

2         A    Yes.

3         Q    And you made some transfers to him out of that

4    account.

5         A    Every month.  Or I shouldn't say -- also perhaps

6    out of Brookline Bank.  I don't -- either Brookline Bank or

7    Sovereign or Santander.  Every month I sent him a Social

8    Security deposit.

9         Q    Was it his entire Social Security?

10        A    I believe it was less, less the cost of sending

11   the wire.

12        Q    And why were you sending him his Social Security?

13        A    Because it was his Social Security.  I'd without

14   his knowledge taken his identity and at a point in time I

15   had gotten a notice from the Social Security Administration,

16   I guess he was entitled to payment, so I arranged it for

17   him.  I called up, I said I was from Social Security, give

18   me his address, and I arranged for the wires to get to him.

19        Q    So you called him?

20        A    Yes.

21        Q    So he didn't know...

22        A    No.

23        Q    Okay.  But you wired it from this account.

24        A    Yes.  Every month.  What would happen, Social

25   Security would wire it to the bank and I would in turn wire

WOLAS - 2/15/2019

Page 35

1    it to his account.

2        Q    And you never had any conversations with the real

3    ████████████ about his Social Security benefits?

4        A    Other than that one conversation, no.

5        Q    And how do you know ██████████?

6        A    He was a friend of my ex-wife Cecily.

7        Q    So you mentioned the Santander Bank and the

8    Brookline Bank.

9             MS. HEAD:  This would be a good time to mark the

10   financials.  So this is nine?

11            THE COURT REPORTER:  Yes.

12            MS. HEAD:  You want to take a moment and review

13   this?

14            THE WITNESS:  Okay.

15                      (Wolas Deposition Exhibit No. 9

16                      marked.)

17            BY MS. HEAD:

18       Q    So I've put in front of you Exhibit 9 which is a

19   document entitled "The UnitedStates Department of Justice,

20   Financial Statement."  Do you recognize this?

21       A    Yes, I do.

22       Q    And what is this?

23       A    This is a financial statement that was prepared by

24   me with the assistance of counsel and which I executed

25   today.

WOLAS - 2/15/2019

Page 36

1      Q    And you just reviewed it again.  Do you have any

2  changes to this?

3      A    Well, I guess the only change I would make, seeing

4  these wires, I guess these came out of the -- if you're

5  going to consider that a transfer.  I don't think I included

6  those on -- the transfer from Santander.

7      Q    So you have a first page, two other names used,

8  you list some initials?

9      A    Yes.

10     Q    The first one is █████████████████?

11     A    Yes.

12     Q    "D.P." is ---

13     A    ████████████.

14     Q    --- ████████████.  "F.A." is ---

15     A    ████████████.

16     Q    "E.A." is ---

17     A    ████████████.

18     Q    "C.S." is ---

19     A    Cameron Sturge.

20     Q    And then you spell out ███████████.  Any others

21  that ---

22     A    No.

23     Q    And this is -- is this limited in time period at

24  all, your answer here for these?

25     A    No limit on the time period.

WOLAS - 2/15/2019

Page 37

1        Q     So you mentioned the Social Security numbers.

2   Let's turn -- if you turn to Page 3 ---

3        A     Yes.

4        Q     So Question 9?

5        A     Yes.

6        Q     And this is for a checking account ---

7        A     Yes.

8        Q     --- for the past six years.

9        A     Yes.

10       Q     So you had Santander and Brookline which we've

11   already discussed, and then a TD Bank account.

12       A     Yes.  Santander would also include Sovereign which

13   was the predecessor bank.

14       Q     Any others?

15       A     No.

16       Q     And any other -- did you use any of the names

17   besides ███████████████ during -- in the six-year time

18   period?

19       A     No.  Well, I mean, I used for a brief period of

20   time Endicott Asquith and Cameron Sturge after I left

21   Massachusetts.

22       Q     Did you open any bank accounts in their name?

23       A     No.

24       Q     And Question 10, a savings account?  No savings

25   account.

WOLAS - 2/15/2019

Page 38

```
 1        A     No.

 2        Q     Including in any of the other names.

 3        A     No.

 4        Q     And then you have -- Question 11 is credit cards.

 5        A     Yes.

 6        Q     And you list one credit card.

 7        A     Yes.

 8        Q     And that's inclusive of the past six years?

 9        A     Yes.

10        Q     And then retirement accounts?

11        A     Yes.

12        Q     And you have the Hunton Williams.

13        A     Yes.

14        Q     And nothing, no other retirement bank accounts?

15        A     No.

16        Q     Security deposits is No. 13.

17        A     No.

18        Q     You have none?

19        A     Correct.

20        Q     And No. 14 is cash over twenty-five hundred

21   dollars?

22        A     None.

23        Q     And there's no cash hidden anywhere?

24        A     No.

25        Q     Buried somewhere?
```

WOLAS - 2/15/2019

Page 39

1      A    No.

2      Q    Safety deposit boxes?

3      A    I had a safety deposit box briefly at TD Bank.

4  There was never anything in the deposit box and I canceled

5  it, I canceled the account and the box at the same time.

6      Q    Why did you open it?

7      A    I fell for the sales pitch about what a great bank

8  they were.  They weren't such a great bank.

9      Q    Money market or brokerage accounts, Page ---

10     A    No.  None.

11     Q    What about -- going back further than six years

12 ---

13     A    M-hm.

14     Q    You mentioned the Merrill Lynch account earlier?

15     A    Yes.

16     Q    Anything ---

17     A    No.

18     Q    --- else?

19     A    No.

20     Q    Foreign bank, brokerage or other accounts?

21     A    No.

22     Q    And that's for the six years is now, but going

23 back further than that?

24     A    Yes, there would be the account that I mentioned

25 in Crystal Waters name, St. Martin.

WOLAS - 2/15/2019

Page 40

1        Q     Any others?

2        A     No.

3        Q     Question 18 is certificates of deposit and/or

4   Treasury notes?

5        A     None.

6        Q     And going back ---

7        A     No.

8        Q     --- six years -- you've got to let me finish my

9   question for the record.

10       A     I'm sorry.  I apologize.

11       Q     It's going to read terribly.

12       A     I apologize.

13       Q     So if we go back beyond the six-year time period

14   are there any other certificates of deposit or Treasury

15   notes?

16       A     No.

17       Q     Question 19, travelers checks?  You listed you

18   have none; is that correct?

19       A     That is correct.

20       Q     In any other names did you have any?

21       A     No.

22       Q     Question 20 is all securities, and you listed none

23   in the past six years.

24       A     Correct.

25       Q     Did you have any prior to the six years, the past

WOLAS - 2/15/2019

Page 41

1  six years?

2      A    If you include what was held in the retirement

3  account, and I don't know what the holdings were, but

4  presumably they held four different types of securities, but

5  that would be beyond six years.

6      Q    And the Merrill Lynch account?

7      A    Yes.  There would have been securities in that

8  account.

9      Q    Any other accounts that you can recall?

10      A    No.  If I may amend, I'm almost positive it was

11  Merrill Lynch but could it have been Smith Barney?  It might

12  have been.

13      Q    Turning to Page 8, No. 21 asks you to list all

14  tax-exempt funds and/or municipal bonds in which you have an

15  interest.  You listed none in the last six years?

16      A    Correct.

17      Q    Going back further than six years are there any?

18      A    No.

19      Q    Question 22 asks you to list all equity securities

20  and/or commodity contracts in which you have had an

21  interest, ever had an interest, and you listed none in the

22  past six years.

23      A    Correct.

24      Q    If you go back further than six years did you have

25  any such interests?

WOLAS - 2/15/2019

Page 42

```
 1        A     In the brokerage account I had I'm sure that there
 2   were derivative contracts in that account.
 3        Q     Anything else?
 4        A     No.
 5        Q     Question 23 asks for all mutual funds in which you
 6   ever had an interest in the past six years.  You listed
 7   none?
 8        A     Correct.
 9        Q     Any other accounts within the last six years or
10   beyond?
11        A     No, not mutual funds.
12        Q     No. 24 asks about brokerage accounts or margin
13   accounts in the last six years.  You listed none.
14        A     Correct.
15        Q     Are there any others in the past six years or
16   beyond that time period?
17        A     None other than what I mentioned.
18        Q     No. 25 is accounts, loans and/or other notes
19   receivables within the past six years and you listed none;
20   is that correct?
21        A     That is correct.
22        Q     And any additions to this or accounts, loans and
23   other notes receivable beyond the six-year period?
24        A     No.
25        Q     Question 26, any annuity contracts in the past six
```

WOLAS - 2/15/2019

Page 43

1   years, you listed none; is that correct?

2        A    That is correct.

3        Q    Any others in the past six years or beyond?

4        A    No.

5        Q    No. 27 is promissory notes or loans to any person

6   and you listed none in the last -- oh, that's not limited by

7   six years.  Do you have any additions to that?

8        A    No, I do not.

9        Q    No. 28, list all business interests within the

10  past six years and you listed "Increasing Fortune, Inc."?

11       A    That is correct.

12       Q    Any others?

13       A    No.

14       Q    Any others more than six years ago?

15       A    There would be Crystal Waters.

16       Q    Anything else?

17       A    No.

18       Q    Did you have an ownership interest in the real

19  estate company that you worked at?

20       A    No, I did not.

21       Q    You said that you have no life insurance policy,

22  correct?

23       A    That is correct.

24       Q    And No. 31 is real estate ownership interest and

25  you said you had none.

WOLAS - 2/15/2019

Page 44

1    A    Correct.

2    Q    There was no additions to that?

3    A    No.

4    Q    No. 33 asks about income protection insurance, you

5    said you had none.

6    A    That is correct.

7    Q    No. 34 asks for transfers of property that you

8    have made within the last six years.  Did you have any

9    additions to that?

10   A    No, I do not.

11   Q    Not the retirement fund?

12   A    I'm sorry.  You would include the retirement fund?

13   Yes.

14   Q    Anything else?

15   A    No.

16   Q    And if you could just flip through the last few

17   pages and tell me if you have any additions or subtractions

18   to this.

19   A    I do not.

20   Q    So when you worked as Eugene Grathwohl did you --

21   you didn't contribute to any retirement fund when you were

22   using that name?

23   A    I did not.

24   Q    Okay.  And I think you've mentioned this

25   gentleman's name but you can correct me if I'm confusing him

WOLAS - 2/15/2019

Page 45

1   with somebody else -- who is ███████████████,

2   ███████████████?

3          A    I think that, referring to that list -- I don't

4   know whether -- is he on the list?

5                   MS. HEAD:  Let me mark this as Exhibit 10.

6                              (Wolas Deposition Exhibit No. 10

7                              marked.)

8                   THE WITNESS:  And your question is?

9                   BY MS. HEAD:

10         Q    So I'll tell you that Exhibit 10 is extracted from

11   your bank statements from the Sovereign/Santander Bank

12   relating to transactions involving the name ███████, which

13   I'm sure I'm pronouncing wrong, ████████████, and I

14   just wanted to ask you if you -- who that person was if you

15   remember?

16         A    That's a person that loaned money to me.

17         Q    And who is -- it's a "he"?

18         A    It's a "he."  When I say it's a "he" that I was

19   put in contact with, I was placed in contact with him by

20   ██████████, and at points in time when I needed cash he

21   would loan me money at a fairly steep rate of interest and

22   then when I could I would repay him.

23         Q    And where is he located?

24         A    I believe he was in Quincy.

25         Q    So he loaned you money, what time period was this?

WOLAS - 2/15/2019

Page 46

1    A    Well, it says here 2014 to 2015.

2    Q    And if you recall how much money he loaned you?

3    A    I do not.

4    Q    And so where you see a withdrawal from your

5    account ---

6    A    Yes.

7    Q    --- it's your position that these are repayments

8    on a loan?

9    A    That is correct.  Not a single loan but there were

10   multiple loans.

11   Q    And what was the purpose of the loans?

12   A    The original ones were to cover -- we had problems

13   finishing up 19 The Strand.  I fired the contractor.  On a

14   very short term basis, a matter of three or four months, I

15   had to redo a lot of work that had been done improperly and

16   he provided the short-term backing.

17   Q    Did you ever make any transfers to ███████

18   ███████    for repayment of loans that you remember?

19   A    No.  If your question is does he hold any of that

20   money from me, the answer is no.

21   Q    And you didn't give him money for any other

22   reason.

23   A    No.  Part of this was the payment of principal and

24   part of it was interest.

25   Q    Do you understand where that money went?

WOLAS - 2/15/2019

Page 47

1      A    I do not.  Beyond it going to him, no.

2      Q    Do you know if any money was being sent to

3   Morocco?

4      A    By him?  I have no idea.  I have no idea of any

5   money being sent to Morocco by anybody other than the wire

6   transfers that you saw, you showed me, and I really don't

7   recall those.

8      Q    Between 2006 and 2016 did you travel to Florida at

9   all?

10     A    Yes, I was in Florida in September of 2016.

11     Q    Besides that trip?

12     A    I may have.  I don't recall.  If I did, I did not

13  see Cecily or my son.

14     Q    You mentioned, we discussed earlier that you used

15  a number of different names.

16     A    Yes.

17     Q    Can I go through some of those names and ask you

18  some questions about whether you have any assets under these

19  names.  So am I correct that you used the name ███████

20  ████████████████ for a time?

21     A    Oh goodness.  The answer to that question is yes.

22  That's a long time ago.

23     Q    And I don't believe he was included on your

24  financial statement.

25     A    No, he was not.  I used -- when I first left New

Page 48

1   York I used his name for a brief period of time.

2        Q      And when was that?

3        A      That would have been in 1997.

4        Q      And did you work when you used his name?

5        A      Yes, I did.

6        Q      And where was that?

7        A      I worked for Biltmore Securities.

8        Q      And that was in 1997?

9        A      Correct.

10       Q      And was there a real ███████████████████?

11       A      Yes. ████████.

12       Q      ████████.  I'm sorry.

13       A      Yes.

14       Q      And who was that person?

15       A      He was my best friend.

16       Q      And so you were employed and used the name ████████

17    ████████████████.  Did you earn a salary?

18       A      I earned commission.

19       Q      Did you open any bank accounts in that name?

20       A      No.

21       Q      Any brokerage accounts or mutual funds?

22       A      No.

23       Q      Using the name █████████████████████ did you

24    contribute to any retirement accounts?

25       A      No.

WOLAS – 2/15/2019

Page 49

```
1       Q    Using the name ███████████████ did you

2  purchase any securities?

3       A    No.

4       Q    Any bonds?

5       A    No.

6       Q    Using the name ███████████████ did you

7  purchase any real estate?

8       A    No.

9       Q    Using the name ███████████████ did you

10 purchase any life insurance?

11      A    No.

12      Q    Using the name ███████████████ did you

13 open any safety deposit boxes?

14      A    No.

15      Q    Did you establish any trust, partnership or

16 business interest?

17      A    No.

18      Q    Did you move any assets overseas?

19      A    No.

20      Q    And did you use the name after 1997?

21      A    I don't believe I did.  He's now deceased.

22      Q    And the money, the salary, or, I'm sorry, the

23 commissions that you earned from Biltmore Securities, what

24 happened to that?

25      A    I just -- I lived on it.
```

Page 50

```
 1      Q    And you were in Florida then?

 2      A    Yes.

 3      Q    You also used the name ████████?

 4      A    Yes.

 5      Q    What was the time period for using that name?

 6      A    Probably after I was in Florida, probably after I

 7   used -- I stopped using ███'s name.

 8      Q    So the time period?

 9      A    1997 through 2000, 2001.

10      Q    And did you work using that name?

11      A    Yes, I did.

12      Q    And where did you work?

13      A    I worked for Chatfield Dean.

14      Q    And what was that?

15      A    It was a brokerage account, brokerage house.

16      Q    You were on salary or commission?

17      A    Commission.

18      Q    Did you open any bank accounts using ██████

19   ██████'s name?

20      A    No.

21      Q    Now I'm going to run through this list with

22   ██████████'s name.

23      A    Sure.

24      Q    Contribute to any retirement accounts?

25      A    No.
```

Page 51

1       Q     Purchase any securities or bonds?

2       A     No.

3       Q     Purchase any real estate ---

4       A     No.

5       Q     --- using that name?  You didn't purchase any real

6    estate.

7       A     No.

8       Q     Did you buy any life insurance using Allen Hengst?

9       A     No.

10      Q     Open any safety deposit boxes?

11      A     No.

12      Q     Establish any trusts, partnerships or business

13   entities using ████████████?

14      A     No.

15      Q     Move any assets overseas?

16      A     No.

17      Q     I want to ask you about when you were using the

18   name ███████████ did you know a woman named ████████

19   ████████?

20      A     Yes, I did.

21      Q     Did you purchase a house with her?

22      A     Yes, I did.

23      Q     And was that held in the name of ████████████ or

24   ---

25      A     I don't think it was.  I think it was held in a

WOLAS - 2/15/2019

Page 52

1    different name.

2         Q    Do you recall what name that was?

3         A    I do not.

4         Q    Did you create a trust in the name of █████

5    ██████?

6         A    No, I did not.

7         Q    So you had no -- you bought a house with █████

8    ---

9         A    Yes.

10        Q    --- ████████.

11        A    She sold the house.

12        Q    Did you have an ownership interest in the house?

13        A    I believe I did.

14        Q    What happened to that ownership interest?

15        A    You know, I don't know.  I should say I don't

16   recall.  I don't have it today.

17        Q    You mentioned the name ████████████?

18        A    Yes.

19        Q    And you used that name for a time?

20        A    Yes.

21        Q    What was the time period you used that name?

22        A    Two thousand and -- this is a guess -- 2003

23   through 2009.

24        Q    And where did you use that name?

25        A    I used it here in Massachusetts.

WOLAS - 2/15/2019

Page 53

| | | |
|---|---|---|
| 1 | Q | Were you employed using that name? |
| 2 | A | No.  Well, I was employed but not on the ███ |
| 3 | | ███████ |
| 4 | Q | You were employed using what name? |
| 5 | A | ███████. |
| 6 | Q | So for what purposes did you use the name ███ |
| 7 | | ███████? |
| 8 | A | Just personal. |
| 9 | Q | So keeping in mind the ███████ name did you |
| 10 | | open any bank accounts using that name? |
| 11 | A | No. |
| 12 | Q | Any brokerage accounts or mutual funds using that |
| 13 | | name? |
| 14 | A | No. |
| 15 | Q | Contribute to any retirement accounts using that |
| 16 | | name? |
| 17 | A | No. |
| 18 | Q | Purchase any securities or bonds? |
| 19 | A | No. |
| 20 | Q | Purchase any real estate under the name ███ |
| 21 | | ███████? |
| 22 | A | No. |
| 23 | Q | Purchase any life insurance policies? |
| 24 | A | No. |
| 25 | Q | Any safety deposit boxes using the name ███ |

WOLAS - 2/15/2019

Page 54

1    Prescott?

2       A    No.

3       Q    Establish any trust, partnership or business

4    interest?

5       A    No.

6       Q    Any other assets under ███████████ name?

7       A    No.

8       Q    Move any assets overseas?

9       A    No.

10      Q    Now ██████████, is that how you say it?

11      A    Yes.

12      Q    You used that name for a time?

13      A    Yes.

14      Q    And what was that time period?

15      A    Probably 2003 through roughly 2007.

16      Q    And did you work?

17      A    Yes.

18      Q    And where did you work?

19      A    I worked as a bartender.

20      Q    Where?

21      A    Oh, a lot of different places.

22      Q    What state?

23      A    Massachusetts.

24      Q    And what area?

25      A    Taunton, Raynham, Stoughton, maybe Boston for a

WOLAS - 2/15/2019

Page 55

1    certain period of time, yeah, Boston.

2         Q    Same series of questions about assets.

3         A    Sure.

4         Q    Using the name ██████████ -- ███████?

5         A    ████████████.

6         Q    Did you open any bank accounts in that name?

7         A    No.

8         Q    Did you open any brokerage accounts or mutual

9    funds in that name?

10        A    No.

11        Q    Did you contribute to any retirement accounts in

12   that name?

13        A    No.

14        Q    Did you purchase any securities or bonds in that

15   name?

16        A    No.

17        Q    Did you purchase any real estate using that name?

18        A    No.

19        Q    Did you have any life insurance under that name?

20        A    No.

21        Q    Open any safety deposit boxes?

22        A    No.

23        Q    Establish any trust, partnerships or business

24   interests in that name?

25        A    No.

WOLAS - 2/15/2019

Page 56

| | | |
|---|---|---|
| 1 | Q | Move any assets overseas? |
| 2 | A | No. |
| 3 | Q | Any other assets in that name? |
| 4 | A | No. |
| 5 | Q | Did you have any assets at any time in that name? |
| 6 | A | No. |
| 7 | Q | So the next name I'll ask you about is ███████ |

███ ████████████? 

| | | |
|---|---|---|
| 9 | A | Yes. |
| 10 | Q | You used that name for a time? |
| 11 | A | Yes. |
| 12 | Q | And when did you use that name? |
| 13 | A | From September of 2016 until April of 2017. |
| 14 | Q | And why did you use that name? |
| 15 | A | A fictitious name I made up. |
| 16 | Q | And where in the country did you use that name? |
| 17 | A | I used that name in Massachusetts and then in |

18  Florida.

| | | |
|---|---|---|
| 19 | Q | Were you employed under that name? |
| 20 | A | No. |
| 21 | Q | I would like to ask you again a series of |

22  questions about accounts.  Using the name ████████

23  ████████ did you open any bank accounts in that name?

| | | |
|---|---|---|
| 24 | A | No. |
| 25 | Q | Did you have any brokerage accounts or mutual |

WOLAS - 2/15/2019

Page 57

1    funds?

2        A     No.

3        Q     Contribute to any retirement plans?

4        A     No.

5        Q     Purchase any securities?

6        A     No.

7        Q     Purchase any real estate?

8        A     I did not.

9        Q     Did you own any real estate?

10       A     No.

11       Q     Have any life insurance in that name?

12       A     No.

13       Q     Any safety deposit boxes in that name?

14       A     No.

15       Q     Establish any trusts, partnerships or business

16   interests in that name?

17       A     No.

18       Q     Move any assets overseas in that name?

19       A     No.

20       Q     Any other assets held in that name?

21       A     No.

22       Q     And then you used the name Cameron Sturge at one

23   time, and when was that?

24       A     That was in 2017 in Florida.

25       Q     And did you have -- were you employed under the

WOLAS - 2/15/2019

Page 58

1   name Cameron Sturge?

2       A   No.

3       Q   How did you support yourself when you were in

4   Florida in 2017?

5       A   I brought some money with me from Massachusetts.

6       Q   About how much money?

7       A   This is a very rough guess.  I would say about

8   $20,000.

9       Q   And where is that money now?

10      A   It's spent.

11      Q   Did you withdraw it from one of your bank accounts

12  before you left?

13      A   I may have taken some from Santander.  There

14  wasn't much left in Santander, but I had some cash.

15      Q   Where was that cash kept?

16      A   At my house.

17      Q   So you didn't work as Cameron Sturge.  I'm asking

18  the same account questions using the name Cameron Sturge.

19  Did you open any bank accounts?

20      A   No.

21      Q   Any brokerage accounts or mutual funds?

22      A   No.

23      Q   Did you contribute to any retirement plans?

24      A   No.

25      Q   Did you purchase any securities or hold any bonds?

WOLAS - 2/15/2019

Page 59

1    A    No.

2    Q    Did you purchase or have any real estate?

3    A    No.

4    Q    Did you have any life insurance under the name

5    Cameron Sturge?

6    A    No.

7    Q    Did you have any safety deposit boxes under the

8    name Cameron Sturge?

9    A    No.

10   Q    Did you establish any trust, partnerships or

11   business interests using the name Cameron Sturge?

12   A    No.

13   Q    Any other assets?

14   A    No.

15   Q    And you didn't move any assets overseas.

16   A    No.

17   Q    So other than the names we have discussed, any

18   other identities that you've used?

19   A    No.  Will you deem the affidavit amended to

20   include ████████?

21   Q    I think the record will indicate that you've added

22   that.  Are there any financial accounts in the UnitedStates

23   that you control?

24   A    None.

25   Q    Are there any financial accounts overseas that you

WOLAS - 2/15/2019

Page 60

1    control?

2        A    None.

3        Q    Is anyone holding money or property for you right

4    now?

5        A    No one.

6        Q    Do you have any real estate anywhere in the world?

7        A    I do not.

8        Q    Do you have any personal property of a value more

9    than $500 anywhere in the world?

10       A    I do not.

11            MS. HEAD:  I don't have any further questions.

12            THE WITNESS:  To amend my last answer I would say

13   directly or indirectly to all those.

14            MR. FICK:  I have no questions.

15            MS. HEAD:  All right.  Thank you.

16            MS. PEACHY:  Thank you.

17            THE WITNESS:  Thank you.

18            (Whereupon, the deposition was concluded at 11:46

19   a.m.)

20

21

22

23

24

25

WOLAS - 2/15/2019

Page 61

1                    C E R T I F I C A T E

2    COMMONWEALTH OF MASSACHUSETTS  )
                                    )  SS.
3    COUNTY OF SUFFOLK              )

4          I, Jeffrey H. Mocanu, a Court Reporter and Notary

5    Public, within and for the Commonwealth of Massachusetts, do

6    hereby certify that there came before me on this 15th day of

7    February, 2019, the person hereinbefore named, who was by me

8    duly sworn to tell the truth, the whole truth, and nothing

9    but the truth, concerning and touching the matter in

10   controversy in this cause; that he was thereupon examined

11   upon his oath, and his examination reduced to typewriting,

12   under my direction, and that this deposition transcript is a

13   true and accurate record of the testimony given by the

14   witness.

15         I further certify that I am not related to any of

16   the parties hereto or their counsel, and that I am in no way

17   interested in the outcome of said cause.

18         Dated at Boston, Massachusetts, this 19th day of

19   March, 2019.

20

21

22                      Jeffrey H. Mocanu
                        NOTARY PUBLIC
23                      My Commission Expires:
                        April 25, 2024
24