# United States Court of Appeals
## For the First Circuit

_____

No. 21-1328

CECILY STURGE,

Interested Party - Appellant,

-------------------------------------------------------------------

UNITED STATES,

Appellee,

v.

SCOTT J. WOLAS, a/k/a C.S., a/k/a D.P., a/k/a E.A., a/k/a E.J.G., a/k/a F.A.,

Defendant.

_____

**JUDGMENT**

Entered: November 12, 2021
Pursuant to 1st Cir. R. 27.0(d)

    Appellant Cicely Sturge is presently in default for failure to file a brief. The court previously entered a notice of default on October 15, 2021 which warned appellant that failure to file a brief would result in this appeal's dismissal for lack of diligent prosecution. The notice of default also extended appellant's deadline to file a brief until October 29, 2021. Appellant has failed to comply and has not requested an extension of time to do so.

    Accordingly, it is ordered that the above-captioned appeal be <u>dismissed</u>. <u>See</u> 1st Cir. R. 3.0(b) and 45.0(a).

By the Court:

Maria R. Hamilton, Clerk

cc:
Carol Elisabeth Head, Donald Campbell Lockhart, Sandra S. Bower, Anne Paruti, Stylianus Sinnis, Jane F. Peachy, Cecily Sturge