# United States Court of Appeals
## For the First Circuit

No. 21-1328

CECILY STURGE,

Interested Party - Appellant,

-------------------------------------------------------------------

UNITED STATES,

Appellee,

v.

SCOTT J. WOLAS, a/k/a C.S., a/k/a D.P., a/k/a E.A., a/k/a E.J.G., a/k/a F.A.,

Defendant.

**MANDATE**

Entered: December 3, 2021

    In accordance with the judgment of November 12, 2021, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.


By the Court:

Maria R. Hamilton, Clerk


cc:
Sandra S. Bower
Carol Elisabeth Head
Donald Campbell Lockhart
Anne Paruti
Jane F. Peachy
Stylianus Sinnis
Cecily Sturge