UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 17-10198-FDS |
| ) | |
| SCOTT J. WOLAS, ) | |
| Defendant. ) | |
| ) | |

**UNITED STATES' STATUS REPORT ON FORFEITURE AND RESTITUTION**

The United States of America, by its attorney, Rachael S. Rollins, United States Attorney for the District of Massachusetts, respectfully submits this status report on forfeiture and restitution.

1. On March 1, 2021, the Court issued a Final Order of Forfeiture, forfeiting to the United States the following property:

    a. Up to $1,787,813 in United States currency in the Defendant's retirement account, held by Hunton Andrews Kurth LLP Retirement Savings Plan (the "Retirement Account"),

2. In addition to forfeiting the Defendant's interest in the Retirement Account, which had been forfeited to the United States by the Preliminary Order of Forfeiture, the Final Order of Forfeiture forfeited all third party interests to the Retirement Account and ordered that "all right, title or interest in that Retirement Account is hereby forfeited to the United States of America pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), and Rule 32.2(c) of the Federal Rules of Criminal Procedure.   The Final Order of Forfeiture further authorized the United States to dispose of the Retirement Account in accordance with applicable law.

3. As a result of the Final Order of Forfeiture, the Retirement Account was liquidated, and $884,755.58 was transferred to the United States Marshals Service.

4. At his sentencing, the Defendant was ordered to pay restitution in the amount of $2,337,847.50. Of that, $1,949,813 is due to the Defendant's 24 investors, $318,266 to the Internal Revenue Service, and $69,768.50 to the Social Security Administration.

5. The United States Attorney's Office submitted a request to the Money Laundering and Asset Recovery Section (MLARS) of the United States Department of Justice to restore funds recovered from assets forfeited to the United States, namely, the Retirement Account, for application to the Defendant's outstanding restitution.

6. The Attorney General's designee, MLARS, allowed the restoration request pursuant to 18 U.S.C. § 981(e)(6) on January 20, 2022, and, as a result, the United States Marshals Service will transfer $884,755.58 in forfeited funds to the Clerk of the United States District Court to be applied towards the Defendant's outstanding criminal penalties, including restitution.

7. The United States will continue to pursue assets of the Defendant for application to the Defendant's outstanding restitution and forfeiture obligations, as appropriate.

    Respectfully submitted,

    RACHAEL S. ROLLINS
    United States Attorney,

By:   /s/ *Carol E. Head*
    CAROL E. HEAD
    Assistant United States Attorney
    United States Attorney's Office
    1 Courthouse Way, Suite 9200
    Boston, MA 02210
    (617) 748-3100
Dated: February 3, 2022    carol.head@usdoj.gov