UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | DOCKET NO. 17 CR 10198-FDS |
| ) | |
| ) | |
| SCOTT J. WOLAS ) | |

**ASSENTED TO MOTION TO MODIFY CONDITION OF SUPERVISED RELEASE**

     Now comes the defendant, Scott Wolas, and respectfully requests that this Honorable Court modify a condition of his supervised release. Specifically, Mr. Wolas asks that this Court modify the following special condition: "You must meet with the Internal Revenue Service within the first 60 days of the period of supervision in order to determine your prior tax liability and you are to file tax returns and pay any past or future taxes due" to allow him an additional 90 days to meet with the IRS. As grounds therefor, Mr. Wolas states that he has been working with counsel to arrange a meeting with an IRS representative and to gather documents necessary to be able to file tax returns, but needs additional time in order to do so. The government, through Assistant United States Attorney Carol Head, assents to this request.

    SCOTT J. WOLAS,
By his attorney,

*/s/ Jane Peachy*
Jane Peachy, B.B.O. #661394
Federal Defender Office
51 Sleeper Street, 5th Floor
Boston, MA 02210
Tel: 617-223-8061

CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on February 20, 2023.

                                                          /s/ *Jane Peachy*
                                                          Jane Peachy